# United States District Court
## Southern District of Georgia

DONALD M. RICHARDS, JR.

        Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 318-067

SGT. WILL PURVIS; CPL. TIMOTHY SHEPHERD; OFC. CHASE SNELLGROVE; and OFC. CHRISTOPHER MADISON,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated January 11, 2019 adopting the Report and Recommendations as the Court's opinion, that Plaintiff's objections are overruled and his request to amend his complaint is denied; therefore, this case is dismissed without prejudice as a sanction for Plaintiff's abuse of the judicial process, and this civil action stands closed.



01/11/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk